THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR, v. JAMES H. COOKSON, DEFENDANT IN ERROR.

Error to the Supreme Court.    For opinion of Supreme Court, see 16 *Vooom* 302.

For the plaintiff in error, *A. Zabriskie.*

For the defendant in error, *J. A. McGrath.*

THE CHANCELLOR.    The judgment of the Supreme Court should be affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, KNAPP, PARKER, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, PATERSON, WHITAKER.    12.

*For reversal*—None.